**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| **ARRAY PETROLEUM, LLC** | * | **CIVIL ACTION NO. 2:24-CV-02867** |
| *Plaintiff* | * | |
| | * | **JUDGE GUIDRY** |
| **V.** | * | |
| | * | **MAG. JUDGE NORTH** |
| **NATURAL RESOURCES** | * | |
| **WORLDWIDE LLC,** | * | **SECTION T, DIVISION 5** |
| *Defendant* | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

Plaintiff, Array Petroleum, LLC and Defendant, Natural Resources Worldwide LLC, through their respective attorneys of record, jointly request this Court to dismiss this action with prejudice.  The parties have entered into a settlement agreement to resolve this matter.

In the interest of judicial economy and the fair administration of justice, and for the reasons provided herein, the parties respectfully pray that this Court grant this Joint Motion to Dismiss with each party to bear its own costs.

**[SIGNATURE ON FOLLOWING PAGE]**

Respectfully submitted,

Dated: January 2, 2025

**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**

By: */s/ Aaron B. Greenbaum*

Aaron B. Greenbaum, T.A. (#31752)
Robert R. Johnston (#22442)
Rowen F. Asprodites (# 33135)
Morenike A. Erinkitola (# 41015)
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone:  (504) 620-2500
Facsimile:  (504) 620-2510
Email:  Aaron.Greenbaum@pjgglaw.com
Robert.Johnston@pjgglaw.com
Rowen.Asprodites@pjgglaw.com
Morenike.Erinkitola @pjgglaw.com

*Attorneys for Array Petroleum, LLC, Plaintiff*

**STONE PIGMAN WALTHER WITTMANN LLC**

By: */s/ Bryant S. York*

Paul J. Masinter (La. Bar No. 18324)
Bryant S. York (La. Bar No. 34165) (T.A.)
Walter F. Metzinger, III (La. Bar No. 37799)
Edward B. Poitevent (La. Bar No. 10564)
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
Email:  pmasinter @stonepigman.com
byork@stonepigman.com
fmetzinger@stonepigman.com
epoitevent @stonepigman.com

*Attorneys for Natural Resources Worldwide LLC, Defendant*